IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NINO CHET TARTARINI,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1142

Opinion filed August 14, 2017.

An appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

Nino Chet Tartarini, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED. Vreeland v. State, 72 So. 3d 802 (Fla. 1st DCA 2011).

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.